UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ED CR 12-0049 VAP |
| Plaintiff, | ) ) | JUDGMENT ORDER |
| v. | ) ) | FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| HARVEY B. REESE, | ) ) | |
| Defendant. | ) ) | |

     On Monday, February 10, 2014, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release, filed on February 5, 2014. Appearing on behalf of the Defendant was Young Kim, Deputy Federal Public Defender, and appearing on behalf of the Government, was Special Assistant United States Attorney, Carlo DeCesare. Also present was Probation Officer, Ashley Ross.

     The Defendant after having been advised of the Allegations as contained in the Petition, admitted to the truthfulness of each of Allegation Nos. One, Two and Three.

     The Court found the Defendant to have violated the terms and conditions of Supervised Release, as set forth in the Judgment in a Criminal Case, of the United States District Court for the District of Nevada, at Las Vegas, on January 27, 2003. The Court ORDERS the term of Supervised Release, revoked.

     It is adjudged that Defendant, HARVEY B. REESE, is hereby place on a new term of Supervised Release for a term of twelve months, on each of Allegation Nos. One, Two and Three, to run

concurrently, under the original terms and conditions imposed January 27, 2003, with the added condition, that the Defendant shall participate in a life skills program, specifically, the Court recommends, the "Interactive Journaling Program", because it will be compatible with the Defendant's employment.

DEFENDANT INFORMED OF RIGHT TO APPEAL.

IT IS SO ORDERED.

Date   February 12, 2014

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

CLERK, U. S. DISTRICT COURT

By: M. Dillard
    M. Dillard, Courtroom Deputy